**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 99-6538**

───────────────

ANTHONY SMITH,

Plaintiff - Appellant,

versus

CONSTITUTION STATE SERVICES COMPANY, Nestle
USA, PC Claims Department,

Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge.
(CA-99-394-2)

───────────────

Submitted: August 5, 1999          Decided: August 11, 1999

───────────────

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Anthony Smith, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Smith appeals the district court's judgment dismissing as frivolous his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district's opinion and dismissal order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Smith v. Constitution State Servs. Co., No. CA-99-394-2 (E.D. Va. Mar. 25, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED